■ IONIAN CONSTRUCTION, INC., et al., Appellants, v MORGRAN STIFTUNG, Respondent, et al., Defendant. [610 NYS2d 825] —In an action to recover damages resulting from wrongful filing of a notice of pendency, the plaintiffs appeal from an order of the Supreme Court, Suffolk County (Doyle, J.), dated January 21, 1992, which, *inter alia,* granted the motion of the defendant Morgran Stiftung to vacate his default in answering.

Ordered that the order is affirmed, with costs.

"The decision as to the setting aside of a default in appear-

ing and answering is generally left to the sound discretion of the Supreme Court * * * the exercise of which will generally not be disturbed if there is support in the record therefor" *(Mondrone v Lakeview Auto Sales & Serv.,* 170 AD2d 586). A defendant moving to vacate a default in answering must present a reasonable excuse for the delay and a meritorious defense *(see, Brosnan v Behette,* 186 AD2d 165). We are satisfied that the defendant Stiftung in the present case provided a reasonable excuse for his delay in answering. Further, contrary to the plaintiffs' contentions, the record demonstrates that he has met the requirement of establishing a meritorious defense by affidavit of a person with sufficient knowledge of the facts *(see, Fidelity & Deposit Co. v Andersen & Co.,* 60 NY2d 693). Thompson, J. P., Santucci, Krausman and Florio, JJ., concur.